*E-Filed 1/12/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TYLER A. GIUGNI,                      No. C 12-0168 RS (PR)

        Petitioner,                    **ORDER OF TRANSFER**

    v.

ANTHONY HEDGPETH, Warden,

        Respondent.
_____/

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* prisoner. Petitioner challenges the constitutional validity of the convictions he suffered in a Solano County Superior Court. Solano County lies in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because petitioner suffered his convictions in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: January 11, 2012

                                           RICHARD SEEBORG
                                           United States District Judge