IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYLER A. GIUGNI,** | Case No. 2:12-cv-00122 WBS KJN P |
| Petitioner, | |
| v. | |
| **ANTHONY HEDGPETH,** | [~~PROPOSED~~] ORDER |
| Respondent. | |

For good cause shown, respondent's motion for a sixty-day extension of time within which to file a responsive pleading (Dkt. No. 12), is GRANTED. IT IS HEREBY ORDERED that, on or before May 25, 2012, respondent shall file and serve a pleading responsive to the petition for writ of habeas corpus. Petitioner's traverse, if any, shall be filed and served within fourteen days after service of respondent's pleading.

**Date: 3/29/2012**

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (12-cv-0122 WBS KJN (HC))